IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          NO. 4:12CR00089-001    SWW

NOE MARTINEZ-MACIEL
aka Jose Noe Rodriguez-Perez
aka Jose Rodriguez

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Nature of Offense listed on the Judgment and Commitment (doc #19) as to the above-named defendant should be amended to reflect this is a *Class E Felony*,

IT IS ORDERED that the Judgment and Commitment be amended to reflect *a Class E Felony*, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 5th day of September 2012.

/s/Susan Webber Wright
United States District Judge